UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Demetrius McDonald, | ) | C/A No. 5:12-1725-RBH-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CONSENT ORDER FOR LEAVE TO |
| Marlboro County d/b/a the | ) | DEPOSE THE PLAINTIFF |
| Marlboro County Detention Center, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter comes before the court on the motion of Defendant, with the consent of Plaintiff, for leave to depose the Plaintiff, who is currently incarcerated at the Kershaw Correctional Institution, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure. Finding that the deposition of the Plaintiff is a necessary and appropriate component of discovery in this action,

IT IS HEREBY ORDERED that the Defendant's Motion For Leave to Depose the Plaintiff, ECF No. 25, is **granted**. Plaintiff's deposition shall be appropriately noticed and conducted in accordance with Rule 30 of the Federal Rules of Civil Procedure, and all other applicable rules.

IT IS SO ORDERED.

*Kaymani D. West*

November 28, 2012
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge

WE SO MOVE & CONSENT:

s/ E. Lloyd Willcox, II                              s/ Mary P. Miles
E. LLOYD WILLCOX, II                          MARY P. MILES
*Attorney for Defendant*                          *Attorney for Plaintiff*