IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Demetrius McDonald, | ) | C/A No. 5:12-cv-01725-RBH-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | AFFIDAVIT OF D. BOSTIC |
| | ) | |
| Marlboro County d/b/a the | ) | |
| Marlboro County Detention Center, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PERSONALLY APPEARED before me, the undersigned, who being first duly sworn, deposes and states as follows:

1. My name is D. Bostic and I am over the age of 18 years and familiar with the information contained in this affidavit.

2. I am employed at the Marlboro County Detention Center as a detention officer with the rank of corporal and have been so employed for 12 years.

3. As a detention officer I witnessed and was present for the intake and handling of detainee Demitric McDonald from May 31, 2010 through June 2, 2010.

4. At no time during the incarceration were McDonald's complaints of pain ignored as at no time during his incarceration did he make me aware of any serious complaints.

5. All handling of and attention to McDonald in which I was involved was done according to MCDC policy and procedure, specifically our booking procedure. I did not witness any other employee mistreat or ignore McDonald's complaints of pain as there were none.

6. I executed the attached Booking Report specifically the section entitled Defendant's Personal Property Receipt. I executed the attached Medical Condition/Health History Profile indicating McDonald was transported from Marlboro Park Hospital and he showed no evidence

of body abnormalities nor did he or anyone else make me aware of any physical problems he was experiencing.

Further affiant sayeth not.

                                                                                    *Owan C Bostic*
                                                                                    D. Bostic

SWORN to before me this 27
day of ___Feb___, 2013.

*Earl J Heard*
Notary Public for South Carolina
My commission expires: 3-6-18

# BOOKING REPORT

**I.D.:** (illegible)
**DATE/TIME OF ARREST:** 05/31/2010 - 10:10
**CASE NUMBER:** (blank)

## PERSONAL DATA

- **DEFENDANT NAME (LAST, FIRST, MIDDLE):** MCDONALD, DEMETRIA
- **RACE:** B
- **SEX:** M
- **DATE OF BIRTH:** 04/08/1978
- **DOCKET NUMBER:** (blank)
- **AGE:** 32
- **ETH.:** N
- **HEIGHT:** 5'08"
- **WEIGHT:** 350
- **HAIR:** BLK
- **EYES:** BRO
- **SOCIAL SECURITY NO.:** 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
- **VISIBLE SCARS AND MARKS:** (blank)
- **NCIC ID NUMBER:** 1899
- **ADDRESS:** 1016 WEST MAIN ST.
- **CITY:** BENNETTSVILLE
- **STATE:** SC
- **ZIP CODE:** 29512-
- **RESIDENT:** J S O U
- **PHONE NUMBER:** 843-454-0544
- **ALIAS:** (blank)
- **PLACE OF BIRTH:** SOUTH CAROLINA
- **DRIVERS LICENSE NO.:** (blank)
- **STATE:** (blank)
- **EMPLOYER OR OCCUPATION:** UNEMPLOYED
- **NEXT OF KIN:** PAM MCDONALD
- **ADDRESS (CITY AND STATE):** 129 GERCO ST. CHERAW, SC
- **BOOKING OFFICER'S NAME:** DWAN BOSTIC
- **NUMBER:** (blank)
- **ARRESTING OFFICER'S NAME:** TREADAWAY
- **AGENCY:** MCSO
- **NUMBER:** (blank)
- **ARRESTEE ARMED:** [X] NO
- **WEAPON TYPE:** (blank)
- **ON VIEW ARREST / SUMMONED / [X] CUSTODY**
- **JUVENILE DISPOSITION:** (blank)
- **ADDITIONAL CASE NUMBERS:** (blank)

## CHARGE / BOND / DISPOSITION

| | A | B | C |
|---|---|---|---|
| CHARGE ID | A | B | C |
| CHARGE | POSSESSION WITH INTENT TO DIST. | POSSESSION WITH INTENT TO | |
| STATUTE | K-119949 | K119950 | |
| BOND AMT | $2,000 SB | $2,000 SB | |
| BOND TYPE | | | |
| RET. DATE | | | |
| DISPOSITION | Open | Open | |
| SENTENCE DAYS/AMOUNT | $ 0.00 | $ 0.00 | |
| TIME SERVED | | | |
| GOOD TIME | | | |
| BALANCE | | | |
| PAID | | | |
| RECEIPT NO. | | | |

**RELEASE DATE:** 6-2-10
**TIME:** 11:53
**RELEASING OFFICER:** Cpl Byers
**NUMBER:** J10
**AGENCY RELEASED TO:** Judge McDonald / (illegible)

**SIGNATURE OF RECEIVING OFFICIAL:** X ____
**REMARKS:** ____

## DEFENDANT'S PERSONAL PROPERTY RECEIPT

**TOTAL CASH AT TIME OF ARREST → $ 0.00**

| QUANTITY | ITEM | QUANTITY | ITEM |
|---|---|---|---|
| 1 | WHITE WATCH | | |
| 1 | BLACK WALLET | | |
| | $293.00 currency seized | | |
| 1 | I.D. Card | | |

I HEREBY STATE THAT THE PROPERTY LISTED ABOVE CONSTITUTES ALL CLAIMS TO PROPERTY ON MY PERSON AT THE TIME OF MY ARREST.

X _(signature)_ DEFENDANT'S SIGNATURE AT TIME OF ARREST

Cpl. D. Bostic OFFICER

I HEREBY STATE, ON THE DATE OF MY RELEASE, THAT THE ABOVE LISTED PROPERTY WAS RETURNED TO ME, IN SATISFACTION OF ALL CLAIMS TO PROPERTY ON MY PERSON AT THE TIME OF MY ARREST.

X _(signature)_

# MEDICAL CONDITION/HEALTH HISTORY PROFILE
## MARLBORO COUNTY DETENTION CENTER

| Date 05/31/2010 | BOOKING NO. 2010050218 | FILE NUMBER: 1899 | RACE BLACK | BIRTH DATE 04/08/1978 | AGE 32 | SEX Male |
|---|---|---|---|---|---|---|
| INMATE'S NAME: MCDONALD, DEMETRIA | | | | CELL ASSIGNED HOLDING 2 | | |

List any current medical treatment: **SUBJECT WAS TRANSPORTED FROM MPH**
　　Medication allergies:
　　Other allergies:
　　Special dietary needs:

　　Insurance Co.:
　　(Group) Policy No.:

Evidence of recent injuries to inmate:
　How injured - according to inmate:
　　Was inmate treated for his/her injuries prior to admission?　___ YES　X NO

| Inmate shows evidence of: | Lice/Vermin Problems | ___YES  X NO |
|---|---|---|
| | Body Abnormalities | ___YES  X NO |
| | Alcohol Influence | ___YES  X NO |
| | Drug Influence | ___YES  X NO |

**Do you have now, or have you ever had:**　　(Check all that apply)

| | | | | | |
|---|---|---|---|---|---|
| | Shortness of Breath | | Epilepsy/Seizures | | Diabetes |
| | Asthma | | Veneral Disease(s) | | |
| | High Blood Pressure | | Other Communicable Disease(s) | | |
| | Ulcers | | Pregnant/Pregnancy | | |
| | Heart Problems | | Birth Control | | |
| | Hay Fever | | Alcoholism Problems | | |
| | Hepatitis/Jaundice | | Drug Dependency Problems | | |
| | Kidney Trouble | | Suicidal Tendencies | | |
| | Hemophilia | | Psychiatric Care | | |
| | Fractures/Broken Bones | | Dental Problems | | |

X _____   　X Cpl. D. Bostic _____
INMATE'S SIGNATURE　　　　　DATE　　　OFFICER　　　　　　　　　　DATE