UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Demetrius McDonald, ) | C/A No. 5:12-1725-RBH-KDW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Marlboro County, *doing business as* ) | |
| Marlboro County Detention Center, ) | |
| ) | |
| Defendant. ) | |

Plaintiff, appearing through counsel, brought this action in the Court of Common Pleas for the Fourth Judicial Circuit of South Carolina, alleging a cause of action pursuant to 42 U.S.C. § 1983, *inter alia*. Defendant removed the action to this court on June 22, 2012. ECF No. 1. Pursuant to the court's Amended Scheduling Order, Defendant timely filed a Motion for Summary Judgment on April 25, 2013. ECF No. 36. Plaintiff's response to Defendant's Motion was due no later than May 13, 2013. *See* Loc. Civ. R. 7.06, *see also* ECF No. 36. To date, Plaintiff has not filed a response to Defendant's Motion, nor has he requested an extension of time within which to respond. Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his case, he is ordered to file a legal memorandum in response to Defendant's Motion for Summary Judgment **no later than May 30, 2013**. *See* Loc. Civ. R. 7.06. Plaintiff is advised that if he fails to comply with this deadline, the undersigned will recommend this case be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

May 16, 2013                                    Kaymani D. West
Florence, South Carolina                United States Magistrate Judge